

MWS: USAO2009R00009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT 09 CR 0019 |
| | * | |
| JESUS MANZO-APARICIO, | * | (Unauthorized Reentry of a Deported |
| a/k/a Jesus Aparicio Manzo, | * | Alien, 8 U.S.C. §§ 1326(a) and (b)(2)) |
| a/k/a Antonio Gonzales, | * | |
| | * | |
| Defendant | * | |

*******

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about June 1, 2007, in the District of Maryland, the defendant,

**JESUS MANZO-APARICIO,**
a/k/a Jesus Aparicio Manzo,
a/k/a Antonio Gonzales,

an alien who previously had been deported and removed from the United States, after having been convicted of an aggravated felony, knowingly and unlawfully entered and was found in the United States, in Maryland, the said defendant having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, §§ 202(2), (4) and 557), to reapply for admission into the United States.

8 U.S.C. §§ 1326(a) and (b)(2)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Jan 12, 2009
Date